MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Donald Gieseke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

PATMONT MOTOR WERKS, INC.,

Debtor(s).
_____/

BK-N- 12-52799-btb
CHAPTER 7
Hearing Date: 2/25/15
and Time: 2:00 p.m.
Mtn No. _____
Est Time: 5 Minutes

NOTICE OF COMPETING OFFER TO ACQUIRE AND SELL SUBSTANTIALLY ALL OF THE ESTATE'S ASSETS

COMES NOW Chapter Seven Trustee, Donald Gieseke, by and through his attorney, Michael Lehners, Esq. and files Notice of a Competing Offer to acquire and sell substantially all of the Estate's assets by Bar None Auctions. A copy of this Offer has been attached hereto as Exhibit "1" and it will be considered at the February 25, 2015 hearing on the Trustee's Motion to Sell.

Dated: This ___ day of _____, 2015

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

# Exhibit 1

Exhibit 1



Michael Lehners, Esg.  
429 Marsh Avenue  
Reno Nevada 89509

February 11, 2015

RE: Patmont Motor Works  
2589 Wild Horse, Minden Nevada 89423

Bar None Auction offers our services to prepare and conduct a live auction on behalf of the US Bankruptcy court. I hereby guarantee the sale value of no less than $150,000.00 net proceeds. Bar None rates for this service are 25% sale commission all admin fee's include in commission.

This offer is made irrespective to any outstanding securities on the assets.

Zeb Seidel  
President & Auctioneer  
(916) 343-4200  
zeb@barnoneauction.com

**CERTIFICATE OF SERVICE BY MAIL**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 12 day of February, 2015 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **NOTICE OF COMPETING OFFER TO ACQUIRE AND SELL SUBSTAINTIALLY ALL TO THE ESTATE'S ASSETS** addressed as follows:

W. Donald Gieseke
18124 Wedge Parkway
Suite 518
Reno, NV 89511

Alan R Smith
505 Ridge St
Reno, Nv 89501

U. S. Trustee
300 Booth Street
Room 3009
Reno, NV 89509

Marvin C. Ruth
Lewis And Roca
40 N. Central Avenue, Suite 1900
Phoenix, Az 85004

Marvin C. Ruth
Lewis And Roca
50 West Liberty, Suite 410
Reno, Nv 89501

Louis Bubala, Esq.
Kaempfer Crowell
50 W. Liberty St. Suite 700
Reno, NV 89501

_____
Dolores Stigall