MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Donald Gieseke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

PATMONT MOTOR WERKS, INC.,

Debtor(s).

_____/

BK-N- 12-52799-btb
CHAPTER 7
Hearing Date: _____
and Time: _____
Mtn No. _____
Est Time: 25 Minutes
OBJECTION TO PROOFS OF CLAIM

Chapter 7 Trustee, Donald Gieseke, files the following objection to the three secured claims filed by Barbara Wichot, Jeffrey Wichot and Pamela Wichot which are described in the next section. These claims shall collectively be referred to as the "Wichot Claims" and the parties shall be referred to as "the Wichots".

**1.   Background.**

The Debtor commenced this Chapter 11 bankruptcy case by filing a voluntary petition on December 14, 2012. The case was converted to one under Chapter 7 on November 12, 2014. W. Donald Gieseke was appointed as the Chapter Seven Trustee.

The Wichots are creditors of the Debtor. On April 12, 2013 Barbara Wichot filed a proof of claim in the amount of $1,087,223.54 [Claim 18-1]. The claim was filed as secured based upon the recordation of a

1

judgment and unsecured as to any deficiency. A copy of the claim has been attached as Exhibit "1".

On April 12, 2013 Jeffrey Wichot, an incapacitated person by the Guardian of his person and his estate, Barbara Wichot, filed a proof of claim in the amount of $26,100,508.26 [Claim 19-1]. As with the former claim, it was filed as secured based upon the recordation of a judgment and unsecured as to any deficiency. A copy of the claim has been attached as Exhibit "2"

On April 12, 2013 Pamela Wichot filed a proof of claim for $108,722.11 [Claim 20-1]. As with the former claims, it was filed as secured based upon the recordation of a judgment and unsecured as to any deficiency. A copy of the claim has been attached as Exhibit "3".

## 2.   Argument

The Wichots recorded the Judgment in Douglas and Clark Counties, Nevada, which appears to be the basis of the secured status of the claims. When recorded, a judgment becomes a lien upon real property in that county. See NRS 17.150(2) which provides in relevant part that a judgment, certified by the clerk of the court where the judgment or decree was rendered, may be recorded in the office of the county recorder in any county, and when so recorded it becomes a lien upon all the real property of the judgment debtor not exempt from execution in that county, owned by the judgment debtor at the time, or which the judgment debtor may afterward acquire, until the lien expires.

A judgment can also become a lien on personal property. See NRS 31.291(3) which states:

> A garnishment pursuant to this section creates a lien only upon the amounts in the accounts or to the credit of the debtor at the time of service of the writ of garnishment. An

2

item in the process of collection is included in the amount of an account unless the item is returned unpaid. Money in the accounts that the garnishee has declared under oath and in answers to interrogatories to be exempt from execution is not included in the amount of the account.

On October 25, 2012 the Wichots obtained a Writ of Execution from the Ninth Judicial District Court of the State of Nevada to garnish Debtor's funds held in a Wells Fargo bank account. As a result of the Writ of Execution, the Douglas County Sheriffs Department seized $29,721.75 in garnished funds.

The bankruptcy was filed on December 14, 2012, which made the garnishment a preferential transfer. However, in the Chapter 11, a deal was reached. Wichots filed a Motion To Dismiss the bankruptcy on November 12, 2013 (ECF 75) Before the dismissal motion could be heard, The parties entered into an agreement regarding the procedure for marketing and selling the business in order to maximize the recovery for unsecured creditors.

In addition, the Debtor and the Wichots executed a Stipulation To Release the Garnished Funds back to the Wichots. This stipulation was filed with the Court on January 28, 2014 in the main case (ECF 107). A copy has been attached as Exhibit "4". On January 31, 2014 this Court entered an order approving the Stipulation in the main case (ECF 113). A copy of the order has been attached as Exhibit "5".

The Trustee wishes to make it abundantly clear that he is not objecting to the substance of the three claims. Rather as a Trustee, he can only distribute to unsecured claims. Secured clams get paid directly by the Debtor, or if not the secured creditor may file for stay relief and then after liquidating the collateral it may file an unsecured claim for the deficiency.

3

In this case, the Debtor owned no real property in Douglas or Clark counties. Therefore, the judgment never attached to any real property when it was recorded. It appears that that at the time of the bankruptcy, the Wichots were secured creditors in the amount of $29,721.75 which represents the garnished funds. This was paid to the Wichots after the chapter eleven was filed.

Accordingly, the Trustee requests that the Wichots' claims are reduced by the amount of $29,721.75 which represents the garnished funds, and that the remaining amount of the claims are allowed as unsecured, non-priority claims.

Dated: This ___ day of _____, 2020

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

4

## Exhibit  List

Exhibit  1          Wichot  Proof  of  Claim  18-1

Exhibit  2          Wichot  Proof  of  Claim  19-1

Exhibit  3          Wichot  Proof  of  Claim  20-1

Exhibit  4          January  28,  2014  Stipulation

Exhibit  5          January  31,  2014  Order  Approving  Stipulation

# Exhibit  1

# Exhibit  1

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br><br>PATMONT MOTOR WERKS, INC. | Case Number:<br><br>12-52799-BTB | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>BARBARA WICHOT | |
| | **COURT USE ONLY** |
| Name and address where notices should be sent:<br><br>BARBARA WICHOT<br>ATTN. MARVIN C. RUTH<br>LEWIS AND ROCA LLP<br>40 NORTH CENTRAL AVENUE, SUITE 1900<br>PHOENIX, AZ 85004-4429<br><br>Telephone number:(602) 262-5770        email: MRuth@LRLaw.com | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>      (*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number:        email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**        $ 1,087,223.54

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**    JUDGMENT
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br><br>_____ | 3a. Debtor may have scheduled account as:<br><br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☒ Other
   Describe:

   Value of Property: $_____

   **Annual Interest Rate** __% ☒ Fixed or ☐ Variable
   (when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

   $    1,087,223.54

Basis for perfection:    RECORDATION

Amount of Secured Claim:    $   1,087,223.54

Amount Unsecured:    $    Unsecured as to any deficiency

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

ORIGINAL OF ECF FILING

3281143.1

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature: (See instruction #8)**

Check the appropriate box.

☒ I am the creditor.　　☐ I am the creditor's authorized agent.　　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　　☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:　　Barbara Wichot
Title:　　Claimant
Company:
Address and telephone number (if different from notice address above):

_Barbara A. Wichot_　　4-12-13
(Signature)　　　　　　　　　(Date)

Telephone number:　　　　　　email:

3281143.1

# SUMMARY OF PROOF OF CLAIM
## OF
### BARBARA WICHOT
## AGAINST
### PATMONT MOTOR WERKS, INC.
### CASE NO. 12-52799-BTB

| | |
|---|---|
| Principal Amount of Judgment Dated 4/26/2012 | $1,000,000.00 |
| Pre-Judgment Interest from 12/11/2009 through 4/9/2012 awarded in Judgment | $70,214.35 |
| Post-Judgment Interest on Principal Amount from 4/10/2012 through date of filing Bankruptcy at $68.31/day | $17,009.19 |
| **Amount of Judgment and Interest Accrued owed to creditor as of 12/14/12** | **$1,087,223.54** |

A copy of The Recorded Judgment is attached hereto as **EXHIBIT A**

**CLAIMANT ALSO REQUESTS ACCRUED AND ACCRUING INTEREST AND ATTORNEYS' FEES AND COSTS TO THE EXTENT ALLOWABLE BY LAW PURSUANT TO 11 U.S.C. § 506 (b).**

**CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF CLAIM.**

3281143.1

EXHIBIT A

2662957.1



Assessor's Parcel Number: _____

Recording Requested By:

Name:    Scott S. Hoffmann, Esq.
         Lewis and Roca LLP

Address:  50 W. Liberty St. Ste 410

City/State/Zip   Reno, NV 89501

Real Property Transfer Tax:

**DOC #    0808429**
08/31/2012 12:10 PM  Deputy:  KE
CONFORMED COPY
Requested By:
LEWIS & ROCCA

Douglas County - NV
Karen Ellison - Recorder
Page:  1  of  9      Fee:  22.00
BK-0812  PG- 7993 RPTT:    0.00

S_____

FOREIGN JUDGMENT .

(Title of Document)

This page added to provide additional information required by NRS 111.312 Sections 1-2. (Additional recording fee applies)

*This cover page must be typed or legibly hand printed.*

CASE NO. 12-CV-0298

DEPT. NO.    I

**RECEIVED**

JUL 19 2012

DOUGLAS COUNTY
DISTRICT COURT CLERK

**FILED**

2012 JUL 19 PM 12:04

TED THRAN
CLERK

_____DEPUTY

IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

JEFFREY WICHOT, an incapacitated person
by the Guardian of his person and his Estate,
BARBARA WICHOT, PAMELA WICHOT,
and BARBARA WICHOT, individually,

    Plaintiffs,

    vs.

PATMONT MOTOR WERKS, INC. A
NEVADA CORPORATION, PATMONT
MOTOR WERKS, individually and trading as
CALIFORNIA GO PED, CALIFORNIA GO
PED, PATMONT MOTOR WERKS, INC.

    Defendants.

**APPLICATION OF FOREIGN
JUDGMENT**

Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the

Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot,

individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their

foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor

Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"),

and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of

New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

. . .

. . .

. . .

. . .

. . .

LEWIS
AND
ROCA
L.L.P.
L A W Y E R S
Lewis and Roca LLP
1 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

The Judgment is attached hereto as Exhibit 1.

DATED this _12_ day of July, 2012.

LEWIS AND ROCA LLP

By: _____
SCOTT HOFFMAN, ESQ. (SBN 8498)
SHoffman@LRLaw.com
JOHN E. BRAGONJE, ESQ. (SBN 9519)
JBragonje@LRLaw.com
50 W. Liberty Street, Suite 410
Reno, NV 89501-1922
Phone: (775) 823-2900
Fax: (775) 823-2929

*Attorneys for Plaintiffs*

LEWIS
AND
ROCA
L.L.P.
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-2-

# EXHIBIT 1

**F I L E D**

APR 2 6 2012

GARRY S. ROTHSTADT, J.S.C.

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually, <br><br> Plaintiff(s), <br><br> -vs- <br><br> PATMONT MOTOR WERKS, INC, A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC. <br><br> Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - PASSAIC COUNTY DOCKET NO. PAS-L-5307-09 <br><br><br> *CIVIL ACTION* <br><br><br> **ORDER FOR JUDGEMENT AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED** |

THIS MATTER having been fully heard by the Honorable Garry S. Rothstadt, J.S.C.

and the Court having issued an Oral Decision on March 2, 2012 in favor of the Plaintiffs,

JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate,

BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually

and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C.

It is on this 26ᵗʰ day of April 2012

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY

WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA

WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS

INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $19,577,172.00

for economic losses arising from his personal injuries and $6,000,000.00 for his pain and

suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule

4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of

$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the

judgment is satisfied.

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA

WICHOT in her Individual Capacity against the defendants,  PATMONT MOTOR WERKS,

INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT

MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of

$1,000,000.00  plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was

filed on December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest

thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA

WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS

INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $100,000.00  plus

pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December

11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily

rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served upon all counsel PMA-J
within 7 days of the date hereof.
VIA O+M MAIL ELA-NO
Regular Mail

_____
Harry N. Norinsky, JSC



I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT**
**COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT _____

_____

(Title of Document)

filed in case number: _____

[X] Document does not contain the social security number of any person.

-OR-

[ ] Document contains the social security number of a person as required by:

[ ] A specific state or federal law, to wit:

_____
(State specific state or federal law)

-or-

[ ] For the administration of a public program

-or-

[ ] For an application for a federal or state grant

-or-

[ ] Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7|18|12 _____

*Laura Browning* (Signature)

Laura Browning
(Print Name)

Legal Assistant
(Attorney for)

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)    (9)

APN# _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

Inst #: 201208310004427
Fees: $25.00
N/C Fee: $0.00
08/31/2012 03:47:10 PM
Receipt #: 1293149
Requestor:
**NATIONWIDE LEGAL NEVADA
LLC**
Recorded By: MGM   Pgs: 9
**DEBBIE CONWAY
CLARK COUNTY RECORDER**

**TITLE OF DOCUMENT**
**(DO NOT Abbreviate)**

**FOREIGN JUDGMENT** _____

_____

_____

Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.

**RECORDING REQUESTED BY:**
John E. Bragonje, Esq. / Lewis and Roca LLP _____

RETURN TO: Name John E. Bragonje, Esq. _____

Address 3993 Howard Hughes Parkway, Suite 600 ____

City/State/Zip Las Vegas, NV 89169 _____

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**

Name _____

Address _____

City/State/Zip _____

This page provides additional Information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

CASE NO. 12-CV-0298

DEPT. NO. I

RECEIVED
JUL 19 2012
DOUGLAS COUNTY
DISTRICT COURT CLERK

FILED
2012 JUL 19 PM 12: 04
TED THRAN
CLERK
DEPUTY

## IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

### IN AND FOR THE COUNTY OF DOUGLAS

JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually,

    Plaintiffs,

    vs.

PATMONT MOTOR WERKS, INC. A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC.

    Defendants.

**APPLICATION OF FOREIGN JUDGMENT**

    Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot, individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"), and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

. . .

. . .

. . .

. . .

. . .

. . .

LEWIS
AND
ROCA
— L.L.P. —
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

The Judgment is attached hereto as Exhibit 1.

DATED this 12 day of July, 2012.

LEWIS AND ROCA LLP

By: _____
SCOTT HOFFMAN, ESQ. (SBN 8498)
SHoffman@LRLaw.com
JOHN E. BRAGONJE, ESQ. (SBN 9519)
JBragonje@LRLaw.com
50 W. Liberty Street, Suite 410
Reno, NV 89501-1922
Phone: (775) 823-2900
Fax: (775) 823-2929

*Attorneys for Plaintiffs*

LEWIS
AND
ROCA
L.L.P.
LAWYERS
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-2-

# EXHIBIT 1

**FILED**

APR 2 6 2012

GARRY S. ROTHSTADT, J.S.C.

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually, <br><br> Plaintiff(s), <br><br> -vs- <br><br> PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC. <br><br><br> Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - PASSAIC COUNTY DOCKET NO. PAS-L-5307-09 <br><br><br> *CIVIL ACTION* <br><br> **ORDER FOR JUDGEMENT AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC., PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED** |

**THIS MATTER** having been fully heard by the Honorable Garry S. Rothstadt, J.S.C. and the Court having issued an Oral Decision on March 2, 2012 in favor of the Plaintiffs, JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C. It is on this 26ᵗʰ day of April 2012

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $19,577,172.00
for economic losses arising from his personal injuries and $6,000,000.00 for his pain and
suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule
4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of
$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the
judgment is satisfied .

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA
WICHOT in her Individual Capacity against the defendants, PATMONT MOTOR WERKS,
INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT
MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of
$1,000,000.00 plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was
filed December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest
thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA
WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA
CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $100,000.00  plus
pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December
11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily
rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served on all counsel PM&O
within 7 days of the date hereof
VIA OF COUNSEL AAA FAX
review filed

Larry S. Kreshenak, JSC



I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT
COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION
Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT

_____

(Title of Document)

filed in case number: _____

[X]  Document does not contain the social security number of any person.

-OR-

[ ]  Document contains the social security number of a person as required by:

[ ]  A specific state or federal law, to wit:

_____

(State specific state or federal law)

-or-

[ ]  For the administration of a public program

-or-

[ ]  For an application for a federal or state grant

-or-

[ ]  Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7|8|12 _____          _____
                                        (Signature)

                                        Laura Browning
                                        (Print Name)

                                        Legal Assistant
                                        (Attorney for)

# Exhibit  2

# Exhibit  2

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br><br>PATMONT MOTOR WERKS, INC. | Case Number:<br><br>12-52799-BTB | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>JEFFREY WICHOT, an incapacitated person by the guardian of his person and his estate, BARBARA WICHOT | |
|---|---|
| Name and address where notices should be sent:<br><br>BARBARA WICHOT<br>ATTN: MARVIN C. RUTH<br>LEWIS AND ROCA LLP<br>40 NORTH CENTRAL AVENUE, SUITE 1900<br>PHOENIX, AZ 85004-4429<br><br>Telephone number:(602) 262-5770          email: MRuth@LRLaw.com | **COURT USE ONLY**<br><br>☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>    (*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number:          email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $ 26,100,508.26

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

| **2. Basis for Claim:** JUDGMENT<br>    (See instruction #2) | | |
|---|---|---|
| **3. Last four digits of any number by which creditor identifies debtor:**<br><br>_____ | **3a. Debtor may have scheduled account as:**<br><br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>_____<br>(See instruction #3b) |

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe:

Value of Property: $ _____

Annual Interest Rate __% ☒ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

$   26,100,508.26

Basis for perfection:    RECORDATION

Amount of Secured Claim:  $  26,100,508.26

Amount Unsecured:    $ Unsecured as to any deficiency

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

ORIGINAL OF ECF FILING

3280976.1

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See Instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See Instruction #8.)

Check the appropriate box.

☒ I am the creditor.　　☐ I am the creditor's authorized agent.　　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　　☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ___ Barbara Wichot

Title: ___ tenant

Company: ___

Address and telephone number (if different from notice address above):

_____

_____

Telephone number:　　　　email:

*Barbara a. Wichot*　　4-12-13

(Signature)　　　　　　　　(Date)

SUMMARY OF PROOF OF CLAIM
OF
JEFFREY WICHOT, an incapacitated person by the guardian of his person and his estate, BARBARA
WICHOT
AGAINST
PATMONT MOTOR WERKS, INC.
CASE NO. 12-52799-BTB


| | |
|---|---|
| Principal Amount of Judgment Dated 4/26/2012 | $25,577,172.00 |
| Pre-Judgment Interest from 12/11/2009 through 4/9/2012 awarded in Judgment | $421,286.10 |
| Post-Judgment Interest on Principal Amount from 4/10/2012 through date of filing Bankruptcy at $409.84/day | $102,050.16 |
| **Amount of Judgment and Interest Accrued owed to creditor as of 12/14/12** | **$26,100,508.26** |


A copy of The Recorded Judgment is attached hereto as **EXHIBIT A**

CLAIMANT ALSO REQUESTS ACCRUED AND ACCRUING INTEREST AND
ATTORNEY FEES AND COSTS TO THE EXTENT ALLOWABLE BY LAW PURSUANT
TO 11 U.S.C. 506 (b).

CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF CLAIM.

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____

_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

Inst #: 201208310004427
Fees: $25.00
N/C Fee: $0.00
08/31/2012 03:47:10 PM
Receipt #: 1293149
Requestor:
NATIONWIDE LEGAL NEVADA
LLC
Recorded By: MGM  Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

FOREIGN JUDGMENT
_____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

**RECORDING REQUESTED BY:**

John E. Bragonje, Esq. / Lewis and Roca LLP
_____

**RETURN TO:** Name John E. Bragonje, Esq.
_____

Address 3993 Howard Hughes Parkway, Suite 600
_____

City/State/Zip Las Vegas, NV 89169
_____

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name_____

Address_____

City/State/Zip_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

CASE NO. 12-CV-C218

DEPT. NO. I

**RECEIVED**
JUL 19 2012
DOUGLAS COUNTY
DISTRICT COURT CLERK

**FILED**
2012 JUL 19 PM 12: 04
TED THRAN
CLERK
BY_____DEPUTY

IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

IN AND FOR THE COUNTY OF DOUGLAS

JEFFREY WICHOT, an incapacitated person
by the Guardian of his person and his Estate,
BARBARA WICHOT, PAMELA WICHOT,
and BARBARA WICHOT, individually,

    Plaintiffs,

    vs.

PATMONT MOTOR WERKS, INC. A
NEVADA CORPORATION, PATMONT
MOTOR WERKS, individually and trading as
CALIFORNIA GO PED, CALIFORNIA GO
PED, PATMONT MOTOR WERKS, INC.

    Defendants.

**APPLICATION OF FOREIGN
JUDGMENT**

    Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the

Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot,

individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their

foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor

Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"),

and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of

New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

. . .

. . .

. . .

. . .

. . .

LEWIS
AND
ROCA
LLP
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

1   The Judgment is attached hereto as Exhibit 1.

2      DATED this /2 day of July, 2012.

3                LEWIS AND ROCA LLP

5             By:

6             SCOTT HOFFMAN, ESQ. (SBN 8498)
              SHoffman@LRLaw.com

7             JOHN E. BRAGONJE, ESQ. (SBN 9519)
              JBragonje@LRLaw.com

8             50 W. Liberty Street, Suite 410

9             Reno, NV 89501-1922
              Phone: (775) 823-2900

10           Fax: (775) 823-2929

11           *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
AND
ROCA
L.L.P.
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

# EXHIBIT 1



**FILED**

APR 2 6 2012

GARRY S. ROTHSTADT, J.S.C.

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually,<br><br>        Plaintiff(s),<br><br>-vs-<br><br>PATMONT MOTOR WERKS, INC, A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC.<br><br>        Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - PASSAIC COUNTY DOCKET NO. PAS-L-5307-09<br><br><br>*CIVIL ACTION*<br><br>**ORDER FOR JUDGEMENT AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED** |

      **THIS MATTER** having been fully heard by the Honorable Garry S. Rothstadt, J.S.C. and the Court having issued an Oral Decision on March 2, 2012 in favor of the Plaintiffs, JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C. It is on this 26ᵗʰ day of April 2012

      **ORDERED**, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS

INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $19,577,172.00

for economic losses arising from his personal injuries and $6,000,000.00 for his pain and

suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule

4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of

$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the

judgment is satisfied .

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA

WICHOT in her Individual Capacity against the defendants, PATMONT MOTOR WERKS,

INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT

MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of

$1,000,000.00  plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was

filed on December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest

thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA

WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION. PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS

INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $100,000.00  plus

pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December

11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily

rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served upon all counsel PMW-2
within 7 days of the date hereof
VIA O.er MAIL AAR PMW
Regular Mail

Barry S. Hochstadt, JSC



I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT**
**COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT _____

_____

(Title of Document)

filed in case number: _____

[X]  Document does not contain the social security number of any person.

-OR-

[ ]  Document contains the social security number of a person as required by:

[ ]  A specific state or federal law, to wit:

_____

(State specific state or federal law)

-or-

[ ]  For the administration of a public program

-or-

[ ]  For an application for a federal or state grant

-or-

[ ]  Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7/18/12 _____

_____
(Signature)

Laura Browning
(Print Name)

Legal Assistant
(Attorney for)



Assessor's Parcel Number:_____

Recording Requested By:

Name:  <u>Scott S. Hoffmann, Esq.</u>
       Lewis and Roca LLP

Address: <u>50 W. Liberty St. Ste 410</u>

City/State/Zip  <u>Reno, NV 89501</u>

Real Property Transfer Tax:

**DOC #    0808429**
08/31/2012 12:10 PM  Deputy: KE
**CONFORMED COPY**
**Requested By:**
**LEWIS & ROCCA**

Douglas County - NV
Karen Ellison - Recorder
Page:  1  of  9   Fee:  22.00
BK-0812  PG- 7993 RPTT:   0.00

$_____

---

<u>FOREIGN JUDGMENT .</u>

(Title of Document)

This page added to provide additional information required by NRS 111.312 Sections 1-2. (Additional recording fee applies)
*This cover page must be typed or legibly hand printed.*

1   CASE NO. 12-CV-0218

            **RECEIVED**        **FILED**

2   DEPT. NO.    I

            JUL 19 2012      2012 JUL 19 PM 12: 04

3

        DOUGLAS COUNTY
       DISTRICT COURT CLERK      TED THRAN

4                                      CLERK

5                                                DEPUTY

6       IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

7           IN AND FOR THE COUNTY OF DOUGLAS

8   JEFFREY WICHOT, an incapacitated person
    by the Guardian of his person and his Estate,
9   BARBARA WICHOT, PAMELA WICHOT,
    and BARBARA WICHOT, individually,
10                           **APPLICATION OF FOREIGN**
        Plaintiffs,             **JUDGMENT**
11

12       vs.

13   PATMONT MOTOR WERKS, INC. A
    NEVADA CORPORATION, PATMONT
14   MOTOR WERKS, individually and trading as
    CALIFORNIA GO PED, CALIFORNIA GO
15   PED, PATMONT MOTOR WERKS, INC.

16       Defendants.

17        Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the

18   Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot,

19   individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their

20   foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor

21   Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"),

22   and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of

23   New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

LEWIS
AND
ROCA
—LLP—
L A W Y E R S
Lewis and Roca LLP
8 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

1   The Judgment is attached hereto as Exhibit 1.

2        DATED this _12_ day of July, 2012.

3                                    LEWIS AND ROCA LLP

4

5                          By: _____
6                               SCOTT HOFFMAN, ESQ. (SBN 8498)
                                SHoffman@LRLaw.com
7                               JOHN E. BRAGONJE, ESQ. (SBN 9519)
                                JBragonje@LRLaw.com
8                               50 W. Liberty Street, Suite 410
                                Reno, NV 89501-1922
9                               Phone: (775) 823-2900
                                Fax: (775) 823-2929
10

11                              *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
AND
ROCA
L.L.P
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

                              -2-

# EXHIBIT 1

**FILED**

**APR 2 6 2012**

**GARRY S. ROTHSTADT, J.S.C.**

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually,<br><br>Plaintiff(s),<br><br>-vs-<br><br>PATMONT MOTOR WERKS, INC, A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC.<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – PASSAIC COUNTY DOCKET NO.  PAS-L-5307-09<br><br><br>*CIVIL ACTION*<br><br><br>**ORDER FOR JUDGEMENT  AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED** |

THIS MATTER having been fully heard by the Honorable Garry S. Rothstadt, J.S.C.

and  the Court having issued an Oral Decision on March 2, 2012  in favor of the Plaintiffs,

JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate,

BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually

and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C.

It is on this _26_ day of April 2012

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY

WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA

WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $19,577,172.00
for economic losses arising from his personal injuries and $6,000,000.00 for his pain and
suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule
4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of
$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the
judgment is satisfied.

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA
WICHOT in her Individual Capacity against the defendants,  PATMONT MOTOR WERKS,
INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT
MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of
$1,000,000.00  plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was
filed on December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest
thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA
WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA
CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $100,000.00  plus
pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December
11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily
rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served upon all counsel (Plan?)
within 7 days of the date hereof
VIA O## MAIL &AA N#0
Regular Mail

Gary N. Redinach, JSC

I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT
COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION
Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT

_____

(Title of Document)

filed in case number: _____

[X]  Document does not contain the social security number of any person.

-OR-

[ ]  Document contains the social security number of a person as required by:

[ ]  A specific state or federal law, to wit:

_____

(State specific state or federal law)

-or-

[ ]  For the administration of a public program

-or-

[ ]  For an application for a federal or state grant

-or-

[ ]  Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7|18|12 _____            _____
                                     (Signature)

                                     Laura Browning
                                     (Print Name)

                                     Legal Assistant
                                     (Attorney for)

# Exhibit  3

# Exhibit  3

Case 12-52799-btb    Claim 20-1    Filed 04/12/13    Page 1 of 3

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br><br>PATMONT MOTOR WERKS, INC. | Case Number:<br><br>12-52799-BTB | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>PAMELA WICHOT | |
|---|---|
| Name and address where notices should be sent:<br><br>PAMELA WICHOT<br>ATTN: MARVIN C. RUTH<br>LEWIS AND ROCA LLP<br>40 NORTH CENTRAL AVENUE, SUITE 1900<br>PHOENIX, AZ 85004-4429<br><br>Telephone number:(602) 262-5770    email: MRuth@LRLaw.com | **COURT USE ONLY**<br>☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number:    email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $ 108,722.11

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** ___JUDGMENT_____
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**<br>_____ | **3a. Debtor may have scheduled account as:**<br><br>_____<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe:

Value of Property: $_____

Annual Interest Rate __% ☒ Fixed or ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

$    108,722.11

**Basis for perfection:** ___RECORDATION_____

**Amount of Secured Claim:** $    108,722.11

**Amount Unsecured:** $Unsecured as to any deficiency

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

3281165.1

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See instruction #8)**

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Pamela Wichot
Title:   Claimant
Company:   
Address and telephone number (if different from notice address above):

*Pamela Wichot*   4/12/13
(Signature)   (Date)

Telephone number:                    email:

3281165.1

SUMMARY OF PROOF OF CLAIM
OF
PAMELA WICHOT
AGAINST
PATMONT MOTOR WERKS, INC.
CASE NO. 12-52799-BTB

| | |
|---|---|
| Principal Amount of Judgment Dated 4/26/2012 | $100,000.00 |
| Pre-Judgment Interest from 12/11/2009 through 4/9/2012 awarded in Judgment | $7,021.44 |
| Post-Judgment Interest on Principal Amount from 4/10/2012 through date of filing Bankruptcy at $6.83/day | $1,700.67 |
| **Amount of Judgment and Interest Accrued owed to creditor as of 12/14/12** | **$108,722.11** |

A copy of The Recorded Judgment is attached hereto as **EXHIBIT A**

**CLAIMANT ALSO REQUESTS ACCRUED AND ACCRUING INTEREST AND ATTORNEYS' FEES AND COSTS TO THE EXTENT ALLOWABLE BY LAW PURSUANT TO 11 U.S.C. § 506 (b).**

**CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF CLAIM.**

3281165.1

# EXHIBIT A

2662957.1

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

⑨

APN# _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

Inst #: 201208310004427
Fees: $25.00
N/C Fee: $0.00
08/31/2012 03:47:10 PM
Receipt #: 1293149
Requestor:
NATIONWIDE LEGAL NEVADA
LLC
Recorded By: MGM  Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

# FOREIGN JUDGMENT _____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

**RECORDING REQUESTED BY:**

## John E. Bragonje, Esq. / Lewis and Roca LLP

**RETURN TO: Name** John E. Bragonje, Esq. _____

**Address** 3993 Howard Hughes Parkway, Suite 600

**City/State/Zip** Las Vegas, NV 89169

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** _____

**Address** _____

**City/State/Zip** _____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

CASE NO. 12-CV-0298

DEPT. NO.    I

**RECEIVED**
JUL 19 2012
DOUGLAS COUNTY
DISTRICT COURT CLERK

**FILED**
2012 JUL 19 PM 12: 04
TED THRAN
CLERK
DEPUTY

## IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

### IN AND FOR THE COUNTY OF DOUGLAS

JEFFREY WICHOT, an incapacitated person
by the Guardian of his person and his Estate,
BARBARA WICHOT, PAMELA WICHOT,
and BARBARA WICHOT, individually,

   Plaintiffs,

   vs.

PATMONT MOTOR WERKS, INC. A
NEVADA CORPORATION, PATMONT
MOTOR WERKS, individually and trading as
CALIFORNIA GO PED, CALIFORNIA GO
PED, PATMONT MOTOR WERKS, INC.

   Defendants.

**APPLICATION OF FOREIGN
JUDGMENT**

  Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the

Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot,

individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their

foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor

Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"),

and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of

New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

. . .

. . .

. . .

. . .

. . .

LEWIS
AND
ROCA
—L.L.P—
L A W Y E R S
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

1    The Judgment is attached hereto as Exhibit 1.

2    DATED this _12_ day of July, 2012.

3                                LEWIS AND ROCA LLP

4

5    By: _____

6    SCOTT HOFFMAN, ESQ. (SBN 8498)
     SHoffman@LRLaw.com
7    JOHN E. BRAGONJE, ESQ. (SBN 9519)
     JBragonje@LRLaw.com
8    50 W. Liberty Street, Suite 410
     Reno, NV 89501-1922
9    Phone: (775) 823-2900
     Fax: (775) 823-2929
10

11   *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**FILED**

APR 2 6 2012

GARRY S. ROTHSTADT, J.S.C.

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – PASSAIC COUNTY DOCKET NO.  PAS-L-5307-09 |
| Plaintiff(s),<br><br>-vs- | *CIVIL ACTION* |
| PATMONT MOTOR WERKS, INC, A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED,  PATMONT MOTOR WERKS, INC. | ORDER FOR JUDGEMENT  AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED |
| Defendants | |

THIS MATTER having been fully heard by the Honorable Garry S. Rothstadt, J.S.C. and  the Court having issued an Oral Decision on March 2, 2012  in favor of the Plaintiffs, JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C. It is on this 26th day of April 2012

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $19,577,172.00
for economic losses arising from his personal injuries and $6,000,000.00 for his pain and
suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule
4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of
$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the
judgment is satisfied .

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA
WICHOT in her Individual Capacity against the defendants, PATMONT MOTOR WERKS,
INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT
MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of
$1,000,000.00  plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was
filed on December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest
thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA
WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA
CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED  in the sum of $100,000.00  plus
pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December
11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily
rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served upon all counsel PMW-2
within 7 days of the date hereof
VIA OVER MAIL R.A.A. 2:19
Regular Mail

Harry G. Carroll, JSC



I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT**
**COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT
_____

_____

(Title of Document)

filed in case number: _____

[X]  Document does not contain the social security number of any person.

-OR-

[ ]  Document contains the social security number of a person as required by:

    [ ]  A specific state or federal law, to wit:

    _____

    (State specific state or federal law)

    -or-

    [ ]  For the administration of a public program

    -or-

    [ ]  For an application for a federal or state grant

    -or-

    [ ]  Confidential Family Court Information Sheet
    (NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7/18/12 _____                _____
                                       (Signature)

                                    Laura Browning
                                    (Print Name)

                                    Legal Assistant
                                    (Attorney for)



Assessor's Parcel Number: _____

Recording Requested By:

Name:  <u>Scott S. Hoffmann, Esq.</u>
       Lewis and Roca LLP

Address:  <u>50 W. Liberty St. Ste 410</u>

City/State/Zip   <u>Reno, NV 89501</u>

Real Property Transfer Tax:

$ _____

**DOC #        0808429**
08/31/2012 12:10 PM  Deputy: KE
**CONFORMED COPY**
**Requested By:**
**LEWIS & ROCCA**

Douglas County - NV
Karen Ellison - Recorder
Page:  1  of  9    Fee:   22.00
BK-0812   PG- 7993 RPTT:    0.00

---

<u>FOREIGN JUDGMENT .</u>

(Title of Document)

This page added to provide additional information required by NRS 111.312 Sections 1-2. (Additional recording fee applies)

*This cover page must be typed or legibly hand printed.*

1    CASE NO. 12-CV-0218

2    DEPT. NO.    I

RECEIVED
JUL 19 2012
DOUGLAS COUNTY
DISTRICT COURT CLERK

FILED
2012 JUL 19 PM 12: 04
TED THRAN
CLERK
_____ DEPUTY

6    IN THE NINTH JUDICIAL DISTRICT COURT STATE OF NEVADA

7    IN AND FOR THE COUNTY OF DOUGLAS

8    JEFFREY WICHOT, an incapacitated person
     by the Guardian of his person and his Estate,
9    BARBARA WICHOT, PAMELA WICHOT,
     and BARBARA WICHOT, individually,

10                                                  APPLICATION OF FOREIGN
          Plaintiffs,                               JUDGMENT

11
          vs.
12
     PATMONT MOTOR WERKS, INC. A
13   NEVADA CORPORATION, PATMONT
     MOTOR WERKS, individually and trading as
14   CALIFORNIA GO PED, CALIFORNIA GO
     PED, PATMONT MOTOR WERKS, INC.
15
          Defendants.
16

17          Pursuant to NRS 17.330 *et seq.*, Plaintiffs Jeffrey Wichot, an incapacitated person by the

18   Guardian of his person and his Estate, Barbara Wichot and Pamela Wichot, and Barbara Wichot,

19   individually ("Plaintiffs"), by and through their counsel, Lewis and Roca LLP, hereby file their

20   foreign judgment against Patmont Motor Werks, Inc. a Nevada Corporation; Patmont Motor

21   Werks, Inc.; Patmont Motor Werks, individually and trading as California Go Ped ("Defendants"),

22   and registers the exemplified copy of the Judgment filed April 26, 2012, in the Superior Court of

23   New Jersey Law Division, Passaic County, as Civil Action No. PAS-L-5307-09.

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

LEWIS
AND
ROCA
—— L.L.P ——
L A W Y E R S
Lewis and Roca LLP
8 West Liberty Street, Suite 410
Reno, Nevada 89501

-1-

1 The Judgment is attached hereto as Exhibit 1.

2  DATED this _12_ day of July, 2012.

3       LEWIS AND ROCA LLP

4

5      By:

6      SCOTT HOFFMAN, ESQ. (SBN 8498)
      SHoffman@LRLaw.com

7      JOHN E. BRAGONJE, ESQ. (SBN 9519)
      JBragonje@LRLaw.com

8      50 W. Liberty Street, Suite 410

9      Reno, NV 89501-1922
      Phone: (775) 823-2900

10     Fax: (775) 823-2929

11     *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
AND
ROCA
L.L.P
LAWYERS
Lewis and Roca LLP
0 West Liberty Street, Suite 410
Reno, Nevada 89501

-2-

# EXHIBIT 1



**FILED**

**APR 2 6 2012**

**GARRY S. ROTHSTADT, J.S.C.**

LEONARD & LEONARD, P.A.
A Professional Association
165 Washington Street
Morristown, New Jersey 07960
Tel No: (973) 984-1414
Attorneys for Plaintiff(s)

| | |
|---|---|
| JEFFREY WICHOT, an incapacitated person by the Guardian of his person and his Estate, BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually,<br><br>         Plaintiff(s),<br><br>-vs-<br><br>PATMONT MOTOR WERKS, INC, A NEVADA CORPORATION, PATMONT MOTOR WERKS, individually and trading as CALIFORNIA GO PED, CALIFORNIA GO PED, PATMONT MOTOR WERKS, INC.<br><br>        Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - PASSAIC COUNTY DOCKET NO. PAS-L-5307-09<br><br><br>*CIVIL ACTION*<br><br><br>**ORDER FOR JUDGEMENT AGAINST PATMONT MOTOR WERKS, INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED** |

      **THIS MATTER** having been fully heard by the Honorable Garry S. Rothstadt, J.S.C.

and  the Court having issued an Oral Decision on March 2, 2012  in favor of the Plaintiffs,

~~JEFFREY WICHOT~~, an incapacitated person by the Guardian of his person and his Estate,

BARBARA WICHOT, PAMELA WICHOT, and BARBARA WICHOT, individually

and in accordance with the April 9, 2012 Order of the Honorable Garry S. Rothstadt, J.S.C.

It is on this $\underline{26^{th}}$ day of April 2012

      ORDERED, that Judgment be and is hereby entered in favor of the plaintiff JEFFREY

WICHOT, an Incapacitated Person by the guardian of his person and his estate, BARBARA

WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA

CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of $19,577,172.00
for economic losses arising from his personal injuries and $6,000,000.00 for his pain and
suffering for a total Judgment of $25,577,172.00 plus pre-judgment interest pursuant to Rule
4:42-11(b) from the date suit was filed on December 11, 2009 to April 9, 2012 in the amount of
$421,286.10 and accruing interest thereafter at a daily rate of $409.84 until such time that the
judgment is satisfied .

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff BARBARA
WICHOT in her Individual Capacity against the defendants, PATMONT MOTOR WERKS,
INC., A NEVADA CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT
MOTOR WERKS INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of
$1,000,000.00 plus pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was
filed on December 11, 2009 to April 9, 2012 in the amount of $70,214.35 and accruing interest
thereafter at a daily rate of $68.31 until such time that the judgment is satisfied and it is further;

ORDERED, that Judgment be and is hereby entered in favor of the plaintiff PAMELA
WICHOT against the defendants, PATMONT MOTOR WERKS, INC., A NEVADA
CORPORATION, PATMONT MOTOR WERKS, INC. , PATMONT MOTOR WERKS
INDIVIDUALLY AND TRADING AS CALIFORNIA GO PED in the sum of $100,000.00 plus
pre-judgment interest pursuant to Rule 4:42-11(b) from the date that suit was filed on December
11, 2009 to April 9, 2012 in the amount of $7,021.44 and accruing interest thereafter at a daily
rate of $6.83 until such time that the judgment is satisfied and it is further;

A copy of this Order shall
be served upon all counsel PMW-)
within 7 days of the date hereof.
VIA O.... MAIL A.A.A. N.O
Regular Mail

_____
Harry N. Norbush, JSC



I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE COPY OF AN ORIGINAL FILED IN MY
OFFICE.

Vanessa Hendrickson
Civil Division Manager

**NINTH JUDICIAL DISTRICT COURT**
**COUNTY OF DOUGLAS, STATE OF NEVADA**

**AFFIRMATION**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document, _____

APPLICATION OF FOREIGN JUDGMENT

_____

(Title of Document)

filed in case number: _____

[X]  Document does not contain the social security number of any person.

-OR-

[ ]  Document contains the social security number of a person as required by:

[ ]  A specific state or federal law, to wit:

_____
(State specific state or federal law)

-or-

[ ]  For the administration of a public program

-or-

[ ]  For an application for a federal or state grant

-or-

[ ]  Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 7|18|12 _____        _____
                                      (Signature)

                                      Laura Browning
                                      (Print Name)

                                      Legal Assistant
                                      (Attorney for)

Exhibit 4

Exhibit 4

1   ALAN R. SMITH, ESQ.
Nevada Bar No. 1449

2   Law Offices of Alan R. Smith
505 Ridge Street

3   Reno, Nevada 89501
Telephone (775) 786-4579

4   Facsimile (775) 786-3066
*Email: mail@asmithlaw.com*

5

6   Attorney for Debtor

7

*ELECTRONICALLY FILED*
*January 28, 2014*

8              UNITED STATES BANKRUPTCY COURT

9                   DISTRICT OF NEVADA

10                     —ooOoo—

11   In Re:

12   PATMONT MOTOR WERKS, INC., a
Nevada corporation,

13

14           Debtor.

15

16   _____/

Case No. BK-N-12-52799-BTB

Chapter 11

**STIPULATION REGARDING
PROCEDURE IN BANKRUPTCY
CASE**

Hearing Date: January 29, 2014
Hearing Time: 10:00 a.m.

17       IT IS HEREBY STIPULATED by and between Jeffrey Wichot, an incapacitated

18   person by the Guardian of his person and his estate Barbara Wichot, Pamela Wichot, and

19   Barbara Wichot, individually (hereinafter collectively referred to as "Wichots"), by and

20   through their counsel Marvin C. Ruth, Esq., of Lewis Roca Rothgerber LLP, and the

21   Debtor, Patmont Motor Werks, Inc., a Nevada corporation ("Patmont"), by and through

22   its counsel, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, as follows:

23                    R E C I T A L S

24       This stipulation is based upon the following recitals:

25       1.     The Debtor commenced this Chapter 11 bankruptcy case by filing a

26   voluntary petition on December 14, 2012.

27       2.     Wichots are a creditor of the Debtor having filed Proofs Of Claims in the

28   amounts of $1,087,223.54 filed by Barbara Wichot [Claim 18-1] on April 12, 2013;

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Re BK Proc 012814-dlg.wpd

1  $26,100,508.26 filed by Jeffrey Wichot, an incapacitated person by the guardian of his

2  person and his estate, Barbara Wichot [Claim 19-1] on April 12, 2013; and $108,722.11

3  filed by Pamela Wichot [Claim 20-1] on April 12, 2013. The Wichots' claims are based

4  on an April 26, 2012 judgment against the Debtor. The Wichots recorded the Judgment

5  in Douglas and Clark Counties, Nevada. On October 25, 2012 the Wichots obtained a

6  Writ of Execution from the Ninth Judicial District Court of the State of Nevada to garnish

7  Debtor's funds held in a Wells Fargo bank account. As a result of the Writ of Execution,

8  the Douglas County Sheriff's Department is now holding $29,721.75 in garnished funds

9  (the "Garnished Funds").

10      3.    Wichots filed a Motion To Dismiss [DE 75] the bankruptcy case on

11  November 12, 2013, which is currently scheduled for hearing on January 29, 2014, at

12  10:00 a.m. (hereinafter the "Motion To Dismiss"). Debtor filed its Opposition To Motion

13  To Dismiss [DE 105] on January 15, 2014 (hereinafter the "Opposition To Motion To

14  Dismiss").

15      4.    The parties hereto desire to enter into an agreement regarding the procedure

16  for marketing and selling the business in order to maximize the recovery for unsecured

17  creditors, and to avoid litigation over the Motion To Dismiss.

18      Based upon the foregoing, the parties hereto agree as follows:

19      5.    <u>Listing of business for sale.</u>

20      The Debtor's business will immediately be listed for sale with a business broker

21  mutually agreed upon between the Debtor and Wichots. The Debtor will file an

22  appropriate application to employ the broker on behalf of the Debtor. The initial listing

23  price will be agreed upon between Wichots and the Debtor based upon input from the

24  broker. The manner in which the property will be marketed will be agreed upon between

25  the Debtor and Wichots. The business shall be listed for sale for a period of four months,

26  at which time the Debtor and Wichots shall determine whether the business shall continue

27  to be listed for sale, or whether the terms of the listing should be modified in any way.

28      6.    The Debtor will timely file monthly operating reports and ensure that the

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Re BK Proc 012814-dlg.wpd - 2 -

business is operating profitably and without unpaid post-petition accounts payable, and will assure that the Debtor has not incurred any new administrative debt. The Debtor shall also file each of the missing monthly operating reports for April 2013 through January 2013 by Friday, February 7, 2014. Debtor shall also provide Wichots with full access to all of the Debtor's business records on reasonable notice to Debtor and Debtor's counsel.

7.    The Debtor has determined that the Garnished Funds are not property of the estate and are not subject to a turnover pursuant to 11 U.S.C. §§ 542, 543, 544, 547, 548, or 550. Debtor and Wichot agree to sign the Stipulation To Release Garnished Funds To Wichots attached hereto as **Exhibit "A."** If Debtor fails to execute the Stipulation To Release Garnished Funds, Wichots shall be entitled to reset on shortened time their Motion To Dismiss.

8.    In the event the Debtor is in violation of any of the terms of this Stipulation, Wichots shall be entitled to reset on shortened notice their Motion To Dismiss. Further, if the Wichots determine, in their sole discretion, that the Debtor is not acting in good faith with respect to the marketing and sale of the Debtor's business, or in providing the Wichots with full access to the Debtor's business records, the Wichots shall be entitled to reset the hearing on their Motion To Dismiss. Furthermore, in the event any other party brings a motion to either dismiss this case, convert the case, or appoint a Chapter 11 trustee, Wichots shall be entitled to join in such motion, or otherwise reset its own Motion To Dismiss on shortened time.

DATED this 28th day of January, 2014.

LAW OFFICES OF ALAN R. SMITH

*/s/ Alan R. Smith*

ALAN R. SMITH, ESQ.
Attorney for Debtor

///
///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Re BK Proc 012814-dlg.wpd  - 3 -

1    DATED this 28th day of January, 2014.

2                                    LEWIS ROCA ROTHGERBER, LLP

3                                    */s/ Marvin C. Ruth*

4                                    _____
                                     MARVIN C. RUTH, ESQ.
5                                    Attorney for Jeffrey Wichot, an incapacitate
                                     person by the Guardian of his person and his
6                                    estate Barbara Wichot, Pamela Wichot, and
                                     Barbara Wichot, individually
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Re BK Proc 012814-dlg.wpd   - 4 -

Exhibit "A"

1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  Law Offices of Alan R. Smith
   505 Ridge Street
3  Reno, Nevada 89501
   Telephone (775) 786-4579
4  Facsimile (775) 786-3066
   **Email: mail@asmithlaw.com**

5

6  Attorney for Debtor

                              ***ELECTRONICALLY FILED***
                              ***January 28, 2014***

7                    UNITED STATES BANKRUPTCY COURT

8                          DISTRICT OF NEVADA

9                              —ooOoo—

10  In Re:                              Case No. BK-N-12-52799-BTB

11  PATMONT MOTOR WERKS, INC., a        Chapter 11
    Nevada corporation,
12                                      **STIPULATED MOTION TO**
              Debtor.                   **RELEASE GARNISHED FUNDS TO**
13                                      **WICHOTS**

14  _____/   **(No Hearing Required)**

15          IT IS HEREBY STIPULATED by and between Jeffrey Wichot, an incapacitated

16  person by the Guardian of his person and his estate Barbara Wichot, Pamela Wichot, and

17  Barbara Wichot, individually (hereinafter collectively referred to as "Wichots"), by and

18  through their counsel Marvin C. Ruth, Esq., of Lewis Roca Rothgerber LLP, and the

19  Debtor, Patmont Motor Werks, Inc., a Nevada corporation ("Patmont"), by and through

20  its counsel, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, as follows:

21                          R E C I T A L S

22          1.      The Debtor commenced this Chapter 11 bankruptcy case by filing a

23  voluntary petition on December 14, 2012.

24          2.      Wichots are a creditor of the Debtor having filed Proofs Of Claims in the

25  amounts of $1,087,223.54 filed by Barbara Wichot [Claim 18-1] on April 12, 2013;

26  $26,100,508.26 filed by Jeffrey Wichot, an incapacitated person by the Guardian of his

27  person and his estate, Barbara Wichot [Claim 19-1] on April 12, 2013; and $108,722.11

28  filed by Pamela Wichot [Claim 20-1] on April 12, 2013. The Wichots' claims are based

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Mot Rel Garnish Fnds 012814-dlg.wpd

1  on an April 26, 2012, final non-appealable judgment against the Debtor (the "Judgment").

2       3.    The Wichots recorded the Judgment in Douglas and Clark Counties,

3  Nevada. On October 25, 2012, the Wichots obtained a Writ of Execution from the Ninth

4  Judicial District Court of the State of Nevada to garnish Debtor's funds held in a Wells

5  Fargo bank account. The Sheriff performed on the Writ of Execution and seized

6  $29,721.75 in funds (the "Garnished Funds") prior to Debtor's bankruptcy. In addition,

7  on December 11, 2012, the Nevada State Court entered an order requiring that the Sheriff

8  release the Garnished Funds to the Wichots. As a result of the Debtor's subsequent

9  bankruptcy filing, however, the Douglas County Sheriff's Department continues to hold

10  the Garnished Funds in its account.

11       4.    The Debtor has determined that it has no secured creditors, that the

12  Garnished Funds are not property of the estate under 11 U.S.C. § 541, and that the Debtor

13  has no claim to the Garnished Funds under 11 U.S.C. §§ 542, 543, 544, 547, 548, or 550.

14       5.    The Debtor and Wichots consequently request a Court order authorizing the

15  Douglas County Sheriff's Department to release the Garnished Funds to the Wichots. A

16  proposed form of order is attached hereto as **Exhibit "A."**

17      DATED this 28th day of January, 2014.

18                  LAW OFFICES OF ALAN R. SMITH

19                  */s/ Alan R. Smith*

            By:_____

20                    ALAN R. SMITH, ESQ.

                  Attorney for Debtor/Plaintiff

21      DATED this 28th day of January, 2014.

22

23                  LEWIS ROCA ROTHGERBER LLP

24                  */s/ Marvin C. Ruth*

25              By:_____

                  MARVIN C. RUTH, ESQ.

26                    Attorney for Jeffrey Wichot, an

                  incapacitated person by the Guardian of

27                    his person and his estate, Barbara

                  Wichot; Pamela Wichot and Barbara

28                    Wichot, individually

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Stip Mot Rel Garnish Fnds 012814.olg.wpd

2

# Exhibit  5

# Exhibit  5

1

2

3

*Bruce T Beesley*

———————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

4

5

Entered on Docket
January 31, 2014

6   ALAN R. SMITH, ESQ.
    Nevada Bar No. 1449
7   Law Offices of Alan R. Smith
    505 Ridge Street
8   Reno, Nevada  89501
    Telephone (775) 786-4579
9   Facsimile (775) 786-3066
    *Email: mail@asmithlaw.com*

10

11  Attorney for Debtor

*ELECTRONICALLY LODGED*
*January 28, 2014*

12

13              UNITED STATES BANKRUPTCY COURT

14                      DISTRICT OF NEVADA

15                          —ooOoo—

16  In Re:                          Case No. BK-N-12-52799-BTB

17  PATMONT MOTOR WERKS, INC.,      Chapter 11

18                                  **ORDER REGARDING**
                                    **STIPULATION REGARDING**
19              Debtor.             **PROCEDURE IN BANKRUPTCY**
                                    **CASE**

20

21  _____/  Hearing Date:  January 29, 2014
                                      Hearing Time:  10:00 a.m.

22          The Court having considered the Stipulation Regarding Procedure In Bankruptcy

23  Case (the "Stipulation") entered into between Debtor Patmont Motor Werks, Inc., a

24  Nevada corporation, ("Debtor"), and Jeffrey Wichot, an incapacitated person by the

25  Guardian of his person and his estate, Barbara Wichot; Pamela Wichot and Barbara

26  Wichot, individually, filed herein on January 28, 2014, and good cause appearing,

27  ///

28  ///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Ord Stip Re BK Proc 012714-dlg.wpd

1        IT IS HEREBY ORDERED that the Stipulation is hereby approved.

2    **APPROVED**/DISAPPROVED

3    LEWIS ROCA ROTHGERBER, LLP

4    */s/ Marvin C. Ruth*

5    _____

6    MARVIN C. RUTH, ESQ.
Attorney for Jeffrey Wichot, an incapacitate
person by the Guardian of his person and his

7    estate Barbara Wichot, Pamela Wichot, and
Barbara Wichot, individually

8    PREPARED AND SUBMITTED BY:

9    LAW OFFICES OF ALAN R. SMITH

10    By:_____*/s/ Alan R. Smith*_____
    ALAN R. SMITH, ESQ.

11        Attorney for Debtor

12

13        IT IS SO ORDERED.

14

15                 # # #

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
**ALAN R. SMITH**
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Patmont Motor Werks\Mot Dismiss\Ord Stip Re BK Proc 012714-dlg.wpd- 2 -